**No. 11M10. Preston D. Johnson, Petitioner v. Michael McCall, Warden, et al.**

565 U.S. 808, 132 S. Ct. 78, 181 L. Ed. 2d 10, 2011 U.S. LEXIS 6669.

October 3, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 415 Fed. Appx. 512.